■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR W. AYALA, Appellant. [37 NYS3d 712]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Holder, J.), imposed December 17, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Lopez*, 6 NY3d 248, 256-257 [2006]; *People v Caraballo*, 127 AD3d 1103 [2015]; *People v Jagroo*, 123 AD3d 945 [2014]) and, thus, does not preclude review of his excessive sentence claim. Although the defendant has served his sentence, the question of whether the sentence imposed should be reduced is not academic, because the sentence imposed has potential immigration consequences (*see People v Aisewomhonio*, 131 AD3d 1177 [2015]). Considering all the relevant circumstances of this case, we conclude that the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Dickerson, Hinds-Radix and Barros, JJ., concur.